IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
MARIE A. SUTTON,                  :      CIVIL ACTION
         Plaintiff                :
                                  :
     VS.                          :
                                  :
LINDA S. MCMAHON,                 :
Commissioner of Social Security,  :
                                  :
         Defendant                :      NO. 06-3246
```

### ORDER

**YOHN, J.**

AND NOW, this 30th day of March, 2007, upon consideration of the parties' cross-motions for summary judgment, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and no objections having been filed, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's motion for summary judgment (styled by the clerk as a Petition for Review) is DENIED.

3. The Defendant's motion for summary judgment (styled as a Response) is GRANTED.

4. Judgment is entered affirming the decision of the Commissioner.

BY THE COURT:

s/William H. Yohn Jr.

**WILLIAM H. YOHN, JR.,    J.**